# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 779 MAL 2016

                    Respondent    :

                                  :  Petition for Allowance of Appeal from
                                  :  the Order of the Superior Court
            v.                :

MICHAEL DAVID FERNSLER,    :

                    Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Petition for Allowance of Appeal and the Request for Transcripts are **DENIED**.